Date:  10/22/10

# DIVIDENDS REMITTED TO THE COURT

### Case Number 10-10236 - DANNA, TIFFANY LASHAWN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Oklahoma Tax Commission<br>Legal Division<br>120 North Robinson, Ste. 2000<br>Oklahoma City, OK 73102-7471 | 000001A | 76.40 | 4.20 |
| ---------- Remittance Total --------------- | | 76.40 | 4.20 |

SUSAN MANCHESTER, Trustee